UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:22-cv-22028-BB

JESUS GONZALEZ,

    Plaintiff,

v.

THE CHEESECAKE FACTORY
RESTAURANTS INC
d/b/a The Cheesecake Factory #214
at Ponce de Leon Boulevard, and
BALBRO 25-26, LLC

    Defendant.
_____/

## NOTICE OF SETTLEMENT FOR ALL PARTIES

Plaintiff, JESUS GONZALEZ ("Plaintiff"), hereby files this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant, The Cheesecake Factory Restaurants, Inc. doing business as The Cheesecake Factory #214 at Ponce de Leon Boulevard and Defendant Balbro 25-26, LLC ("Defendants") to resolve his claim against them.

2. The parties are in the process of finalizing a confidential settlement agreement, and Plaintiff will be filing a Stipulation of Dismissal with the Court shortly.

Respectfully submitted,

*/s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.

J. COURTNEY CUNNINGHAM, PLLC  
FBN: 628166  
8950 SW 74th Court, Suite 2201  
Miami, FL 33156  
T:  305-351-2014  
cc@cunninghampllc.com

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on September 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

<em>/s/ J. Courtney Cunningham</em>  
J. Courtney Cunningham, Esq.